No. 90–5149.  CITRO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 90–5150.  SANCHEZ-ORTIZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 90–5151.  SCHMITZ v. GIBBS.  Ct. Sp. App. Md.  Certiorari denied.

No. 90–5154.  BALASCSAK v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 90–5155.  BEVERLY ET UX. v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 90–5157.  RAINES v. SINGLETON, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–5158.  WELLER v. WATERS, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–5159.  WAFER v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE.  C. A. 5th Cir.  Certiorari denied.

No. 90–5160.  AGHA v. DEPARTMENT OF THE ARMY ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 90–5165.  HALL v. JORDAN ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 90–5166.  MCDONALD v. DEMERSON.  C. A. 5th Cir.  Certiorari denied.

No. 90–5167.  LOTERO-NUNEZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 90–5168.  HOSTETLER v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 90–5169.  GANEY v. CHESTER.  C. A. 4th Cir.  Certiorari denied.

No. 90–5170.  AARON v. JONES, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 90–5172.  BUCHANAN v. MEDLOCK ET AL.  Sup. Ct. S. C.  Certiorari denied.